STATE v. MELVIN NELSON.

(Filed 18 September, 1946.)

**Criminal Law § 80b (4)—**

Where a defendant convicted of a capital felony fails to file case on appeal in the Superior Court, the motion of the Attorney-General to docket and dismiss, made after expiration of time agreed for perfecting the appeal and any extension of time which may have been granted, will be allowed after a careful inspection of the record proper fails to disclose error.

APPEAL by defendant from *Clement, J.,* at October Term, 1945, of RICHMOND.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*

*No counsel contra.*

PER CURIAM. The defendant was convicted at October Term, 1945, Richmond County Superior Court, of murder in the first degree, and sentence of death pronounced upon him in accordance with law. He gave notice of appeal to the Supreme Court, but no case on appeal has been docketed in this Court, and no case on appeal filed in the office of the Clerk of the Superior Court of Richmond County. The time agreed upon by counsel for perfecting the appeal, and any extension of time which may have been granted, has expired, and the Clerk of the Superior Court of Richmond County certifies that counsel for the defendant informs him that he does not intend to perfect the appeal.

Thereupon, the Attorney-General has caused the record proper to be filed in this Court, and moves the Court that the case and record be docketed, and the appeal dismissed under Rule 17 of the Rules of Practice of this Court.

We have carefully examined the record filed in this case and find no error therein. For the causes stated, the motion of the Attorney-General is allowed, the appeal is dismissed, and the judgment of the lower court is affirmed. *S. v. Watson,* 208 N. C., 70, 179 S. E., 455; *S. v. Johnson,* 205 N. C., 610, 172 S. E., 219; *S. v. Goldston,* 201 N. C., 89, 158 S. E., 926; *S. v. Hamlet,* 206 N. C., 568, 174 S. E., 451.

Appeal dismissed.

Judgment affirmed.